UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM TURNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:19-CV-1850-B |
| HK & EW INVESTMENTS INC. and § | |
| WH & ES INVESTMENT LLC, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 10). The Court hereby recognizes that the above-titled action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

SO ORDERED.

DATED: October 21, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE